**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                            Case No:  5:15-cv-512-Oc-30PRL

6.87 ACRES OF LAND, MORE OR
LESS, LOCATED IN LAKE COUNTY,
STATE OF FLORIDA; SPRING
CREEK RUN, LLC; BOB McKEE,
TAX COLLECTOR, LAKE COUNTY,
FLORIDA,

    Defendants.
_____/

# ORDER

THIS CAUSE comes before the Court upon Plaintiff's Consent Motion for Order for Immediate Delivery of Possession (Doc. 6).  Upon due consideration, it is **ORDERED AND ADJUDGED** that:

1.  Plaintiff's Consent Motion for Order for Immediate Delivery of Possession (Doc. 6) is GRANTED.

2.  Defendants and all persons in possession and control of the property described in the complaint shall surrender possession of said property, to the extent of the estate being condemned, to Plaintiff immediately.

3. Plaintiff is directed to serve this Order upon all persons in possession or control of the property within seven (7) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of October, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record